IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES DANIEL CRAIG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-CV-558-WKW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

On July 30, 2012, the Magistrate Judge filed a Recommendation (Doc. # 11) regarding Petitioner Craig's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255. (Doc. # 1.) No timely objections have been filed. Based upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED;

2. Petitioner's § 2255 motion is DENIED because the claims therein entitle him to no relief; and

3. This case is DISMISSED with prejudice.

An appropriate final judgment will be entered.

DONE this 21st day of August, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE